**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eulee SCOTT, Defendant–Appellant.**

No. 00–7761.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2001.

Decided May 8, 2001.

**276**

Eulee Scott, pro se.

E. Jean Howard, Office of the United States Attorney, Greenville, SC, for appellee.

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Eulee Scott appeals the district court's order denying his motion to correct his pre-sentence report ("PSR"). We have reviewed the record and the district court's order and find no reversible error. Federal Rule of Criminal Procedure 32 provides a mechanism for defendants to object to contents of the PSR. If challenged, the district court creates written findings of its resolution of the dispute and appends these findings to the PSR. *See* Fed. R.Crim.P. 32(c). Scott, however, did not object to the PSR prior to sentencing. In addition, Scott did not appeal his conviction or sentence. Therefore, Scott has waived further objection to his PSR. *See United States v. Emanuel,* 869 F.2d 795, 796 (4th Cir.1989). Because Scott has waived further challenge to his PSR, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*